THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. FRANK KRAYSER, Respondent.— Appeal by the People from a judgment of the County Court, Kings County, convicting defendant, on his plea of guilty, of grand larceny, second degree, and sentencing him as a first offender, and from an order of said court dismissing a prior felony information. Judgment unanimously

affirmed. No opinion. No separate appeal lies from the order, which has been reviewed on the appeal from the judgment of conviction. Present — Nolan, P. J., Wenzel, MacCrate, Beldock and Murphy, JJ.